```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KYLE WILSON,                                        :
                                                    :
                              Plaintiff,            :
                                                    :
             -against-                              :    21-CV-5504 (VEC)
                                                    :
                                                    :    ORDER
                                                    :
VERIZON WIRELESS SERVICES, LLC and                  :
TRANSUNION LLC,                                     :
                                                    :
                              Defendants.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for an Initial Pretrial Conference on September 24, 2021, at 10:00 a.m.;

IT IS HEREBY ORDERED that the parties must indicate in their joint letter, due not later than September 16, 2021, whether they believe a Rule 16 conference is unnecessary and ask that their proposed Case Management Plan simply be so ordered; or whether they believe a conference would be helpful and have no objection to proceeding by teleconference; or whether they believe a conference would be helpful and request it be adjourned until such time as it can be safely held in person.

IT IS FURTHER ORDERED that to the extent the parties prefer that the Court hold the conference, the IPTC will be conducted as a teleconference. At the scheduled time, counsel for all parties should call 888-363-4749, Access code 3121171#, Security code **5504**.

**SO ORDERED.**

Date:  August 27, 2021                                 _____
       New York, New York                              **VALERIE CAPRONI**
                                                       **United States District Judge**